UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENT M. BIGNALL, : | |
| : | Civil No. 1:20-cv-01129 |
| Plaintiff, : | |
| v. : | Hon. Ray Kent |
| : | United States Magistrate Judge |
| COMMISSIONER OF : | |
| SOCIAL SECURITY, : | |
| : | |
| : | |
| Defendant. : | |

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated:   September 9, 2021

                                                    /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge